# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        v.                                      **Crim. No. 5:24-CR-266-1D**

**ACIE COLE JR.**

On December 23, 2021, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                          I declare under penalty of perjury that the foregoing is true and correct.

                                          /s/ Keith W. Lawrence
                                          Keith W. Lawrence
                                          Supervising U.S. Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2538
                                          Executed On: August 21, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22__ day of __August__, 2025.

                                            James C. Dever III
                                            U.S. District Judge